*MARROW*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

AMERICAN FREEDOM DEFENSE INITIATIVE;
PAMELA GELLER; and ROBERT SPENCER,

        Plaintiffs,

- against -

METROPOLITAN TRANSPORTATION AUTHORITY
("MTA"); and JAY H. WALDER, in his official
capacity as Chairman and Chief Executive Officer
of MTA,

        Defendants.

-----------------------------------------------------------------X

Case No. 10-civ-5947-VM

ECF Case

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs American Freedom Defense Initiative, Pamela Geller, and Robert Spencer ("Plaintiffs"), by and through their undersigned counsel, hereby give notice to the Court that Plaintiffs voluntarily dismiss the complaint previously filed in this matter without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i) on the grounds that Defendants have not answered or otherwise responded to the Summons and Complaint filed in this matter and instead, have arranged for CBS Outdoor to post Plaintiffs' advertisements as contracted. *See* Declaration of David H. Posy, Senior Vice President/General Counsel, North American Operations, CBS Outdoor, attached hereto as Exhibit 1 and incorporated herein by this reference. [Signature page follows.]

Respectfully submitted,

LAW OFFICES OF DAVID YERUSHALMI, P.C.

/s/ David Yerushalmi
David Yerushalmi, Esq. (Ariz. Bar No. 009616;
DC Bar No. 978179; Cal. Bar No. 132011; NY Bar No. 4632568)
640 Eastern Parkway, Suite 4C
Brooklyn, NY 11213
david.yerushalmi@verizon.net
(800) 714-9650; (646) 262-0500

THOMAS MORE LAW CENTER
Robert J. Muise, Esq.* (Mich. Bar No. P62849)
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, MI 48106
rmuise@thomasmore.org
(734) 827-2001
*Subject to admission *pro hac vice*

So ORDERED:

_____
U.S.D.J.   Aug. 2